UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
IN ADMIRALTY

G&G MARINE, INC. d/b/a G&G SHIPPING,
as owner of the M/V "BAHAMA RANGER"    Case No.: 06-21739-CIV-LENARD
Official Number 400516,

       Plaintiff,
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by and between the parties, by and through their undersigned attorneys, that the above cause be dismissed with prejudice because the Plaintiff, OSCAR BOLAN, and Defendant, G&G MARINE, INC. d/b/a G&G SHIPPING, have amicably resolved any and all disputes between the parties with each party to be responsible for its own attorney's fees and costs. The parties request that the Court reserve jurisdiction to enforce the parties settlement agreement.

DATED this 31st day of October, 2007.

CASSIDY & BLACK, P.A.
Fontainebleau Executive Plaza, Suite 252
8370 West Flagler Street
Miami, Florida 33144
Tel: (305) 559-4962
Fax: (305) 559-2163

_____
Michael Black
Fla. Bar No.:0056162

FOWLER WHITE BURNETT
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Tel: (305) 789-9200
Fax: (305) 789-9201

_____
Allan R. Kelley
Fla. Bar No.: 309893

{mzc} W:\69988\STIPUL24-Federal case.ARK {10/30/7-15:46}